UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 16-297-DMG |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| Anthony Junior Banuelos, | ) | Probation/Supervised Release |
| | ) | Conditions) |
| Defendant. | ) | |

   On arrest warrant issued by the United States District Court for the  CDCA  involving alleged violations of conditions of probation/supervised release:

   1. The court finds that no condition or combination of conditions will reasonably assure:

       A. (✓) the appearance of defendant as required; and/or

       B. (✓) the safety of any person or the community.

///
///
///
///
///

```
 1      2.   The Court concludes:
 2           A.   (✓) Defendant has failed to demonstrate by clear and
 3                convincing evidence that he is not likely to pose
 4                a risk to the safety of any other persons or the
 5                community.  Defendant poses a risk to the safety
 6                of other persons or the community based on:
 7                _current history; instant allegations;_
 8                _history of noncompliance; active_
 9                _restraining order_
10
11
12           B.   (✓) Defendant has failed to demonstrate by clear and
13                convincing evidence that he is not likely to flee
14                if released.  Defendant poses a flight risk based
15                on:  _lack of compliance with court_
16                _orders; instant offense allegations;_
17
18
19
20
21      IT IS ORDERED that defendant be detained.
22
23      DATED: 6/12/2020
24
25                                    HONORABLE JACQUELINE CHOOLJIAN
                                      United States Magistrate Judge
```